UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CRIMINAL NO. 20-cr-10197-LTS-5 |
| | ) |
| DAMIAN CORTEZ, | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR RELEASE FROM CUSTODY AND REQUEST FOR DETENTION HEARING**

Now comes Damian Cortez, under 18 U.S.C. § 3142, and hereby moves that the Court release him from custody. He requests a detention hearing in person.

On July 23, 2020, Mr. Cortez stipulated to detention without prejudice (ECF 88). On July 27, 2020, the Court entered an order allowing the stipulation (ECF 91).

Mr. Cortez now wishes to have a detention hearing.

Respectfully submitted,
DAMIAN CORTEZ,
By his attorney,

Date:  January 4, 2021

*/s/ Henry Fasoldt*
C. Henry Fasoldt (BBO# 667422)
185 Devonshire Street
Suite 302
Boston, MA 02110
henry@bostondefenselaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 4, 2021.

/s/ *Henry Fasoldt*
Henry Fasoldt