FILED
IN CLERKS OFFICE
2021 JUN -7 PM 2:08
U.S. DISTRICT COURT
DISTRICT OF MASS

131

5/21/2021

Dear, Honorable Judge Page Kelley

    Today I was sent to Law Library at 1:38 p.m. and I was sent back from Law Library at 2:15 p.m.. I was told the law library was closed and I said how I am to be here according to the schedule from 1:15 to 3:30 p.m. the reck officer called the seargent McGLYN. Seargent McGLYN then forced me to leave Law Library. I was there for no more then 37 minutes. They are constantly impinging on my rights and causing me much anger and stress. I'm fighting for my freedom and these people here at MCI-CEDAR JUNCTION are denying me my rights to do so, violating my rights and CMR's restricting me from excercising my right to due process.

    Once again today saturday MAY 22, 2021 I made it known I would like to go to Law Library at chow line around 7:15 a.m.. I was sent to Law Library at 8:56 a.m. and sent back at 10:20 a.m. I was told library was closed.

    Today saturday 5/30/2021 I was again denied the right to access Law Library. There is no excuse for not letting me go to Law Library seeing it is my right and not a privilege. Also a few months back officer Dumernay presented me legal mail and while doing so he proceeded to speak in an aggressive manner and tone trying to argue and provoke me. I was not going to feed in to it or argue with him so I got my legal mail and told him to have a good day. Then he stated watch and see if you get your legal mail. I then said I will its my right and the law, and

Pg. 2

Dumernay stated yea watch and see. Then a couple of months later I was sent legal mail containing 6 discovery discs which was dated 1/11/2021 and I did not receive this legal mail or the 6 discovery discs 5 months after it was sent and delivered to the facility. It was not opened in my presence as any legal correspondence as I mentioned in the 2nd letter I sent to you dated 5/13/2021. After Dumernay tried to argue with me and said he was going to make sure I dont receive my legal mail I contacted my attorney to let him know what officer Dumernay said he would do to my legal mail. I also wrote the superintendent and Jodi Hockert-Lotz letting them know what occurred and asking them not to have Dumernay ever deliver legal mail to me and always have someone else deliver me legal mail to avoid any conflict.

After taking these steps they continued to have Dumernay deliver my legal mail about three or four times and every time he did deliver my mail Dumernay would read the contents of my legal mail which is illegal. Him reading my legal mail infuriates me but never have I acted out of control or character I always proceed to go about it in a civil manner. I wrote Dumernay a letter stating what he was doing is illegal and asked him not to read any legal correspondence but to skim through the pages in search of contraband and I also told him to do his job professionaly, and not to deliver my legal mail to me because of his actions I also told him I would not acknowledge him. I also told him that the reason for this request is do to his unprofessionalism and that he goes beyond the scope of his search and thoroughly reads my legal mail.

Pg 13

I also wrote grievances stating the same and asked for this remedy to be having any and everyone besides Dumernay deliver my legal mail, but once again the letters along with informal and formal grievances were ignored. I have copies of every letter and grievance what I am stating is 1000% true. and facts. They never did or do return and respond to my grievances nor did they acknowledge the issue/issues because on MAY 29, 2021 I was let out to Law Library and immediately as I entered the hallway I was met by Dumernay as if it was synchronized and planned. I started walking towards the Law Library and when I got in front of the metal detector Dumernay started screaming my name I then proceeded to Law Library going through the metal detector when I was stopped by the seargent and he said stop he is calling you I said ok I am going to Law Library, then the seargent said when he calls you, you acknowledge him I said no I was not given any orders my name was called and I will not acknowledge Dumernay then the seargent stated yes you have to acknowledge him and speak to him I said no I dont I dont have to acknowledge or speak to anyone I have the right to remain silent as well as the birth right and free will to speak to who I want when I want, Then the seargent said he has legal mail for you, I said I will receive it from someone else. I said send anyone else and I will take it, I will not take it from him. I made that clear at this moment and I made it clear in my grievances letters, and conversations with staff.

Pg. 4

Then Dumernay said I'm sending it back he refused to take it, I then told the seargent again I did not refuse and I am not refusing my legal mail I told you I will take it from someone else I am not taking it from him ever then I was searched and let down to the law library. What will it take for the cruel and unusual punishments to stop as well as the impingements of my rights. It is not getting better it has progressively gotten worse. Thank you for your time once again.

CMR's

478.04 Access to Regulations

103 CMR 478.00 Shall be maintained within the central policy File of the Department and will be accessible to all Department employees. A copy of 103 CMR 478.00 Shall also be maintained in each superintendent's central policy file and in each inmate library.

478.05   DEFINITIONS

* Access. Use of General and Law Library services on a scheduled basis.

478.10   Legal Services
(1) General. The constitutional right to access to the courts requires that, when requested, inmates receive assistance in preparing and filing legal papers. *This assistance may include
* access to law library facilities, instruction in the use of legal materials and reference assistance. However, such assistance Shall not include legal advice or direction of legal research

5    on the part of library personnel.

(2) Law Collection. Every inmate shall have <u>access</u> to legal materials. As suggested by federal and state court rulings and national standards, legal materials should include at a minimum: State and federal constitutions, state statutes, state decisions, procedural rules and decisions and related commentaries, federal case law, court rules, practice treatises, citators, and legal periodicals.

✱✱✱ (3) Access: Library access shall be scheduled and coordinated by the librarian and shall be provided to all inmates with the institution. An inmate of any state correctional institution without an adequate law collection may request transportation to an institution with a law collection for the purpose of conducting legal research. This request shall be made in writting to the superintendent or a designee. The superintendent may provide access to legal assistance in lieu of the law collection as deemed appropriate.

478.11 Operating Procedures

(1) Library services staff with the approval of the superintendent shall post a schedule of library hours and activities.
         -They have not-

They have failed to follow or abide by the CMR's or my constitutional Rights this is unexceptable

6. and is progressively getting worse the more I write you the more they violate and impinge on my rights and the more they try to entrap me into getting into trouble. Please help me all I am asking for is to be able to excercise my rights free of impingement and to not experience the cruel and unusual punishments I experience on a constant basis.

Sincerely,



CHRISTOPHER J. TORTORA
Notary Public
Massachusetts
Commission Expires Oct 28, 2022

JUNE 2, 2021