FILED
IN CLERKS OFFICE

United States District Court<br>
District of Massachusetts 2021 OCT 22 PM 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Case No. 1:20-cr-10197-LTS |
| V. | ) | |
| | ) | |
| Damian Cortez | ) | |
| Defendant, | ) | |

## MOTION AND MEMORANDUM TO WITHDRAW COUNSEL DUE TO CONFLICT OF INTEREST AND INEFFECTIVE ASSISTANCE

Now Comes Damian Cortez, the above charged defendant within the interest of justice acting under limited Pro-se capacity. See Haines v. Kerner, 404 U.S. 519 [30 L. Ed. 2d 652] (1972). Mr. Cortez respectfully request that this Honorable Court take judicial notice of the egregious violations committed under the Sixth Amendment.

Therefore, the Defendant hereby moves that undersigned counsel withdraw his appearance in the above-captioned matter. As grounds for this motion, Mr. Cortez states that there has been ineffective assistance in resolving his legal matter, and irretrievable breakdown in the attorney/client relationship which has resulted in a conflict of interest.

WHEREFORE, the Defendant requests that this Court schedule a hearing on this matter, appoint new counsel to this matter, and allow undersigned counsel to withdraw his appearance due to ineffective assistance and conflict of interest.

Mr. Cortez submits the following facts and law.

## Statements of facts

The proper measure of attorney performance remains under prevailing professional norms, and this also includes counsel appointed by the court to defend in a Criminal matter as well. Those norms are reflected in the American Bar Association ("ABA") standards. See Strickland v. Washington, 466 U.S. 668, 688, 104 S. Ct. 2052, 80 L. Ed. 2d 674 (1984)

The Supreme Court in Glasser v. United States, 315 U.S. 60, 70-71, 62 S. Ct. 457, 86 L. Ed. 680 (1942), made it clear that effective assistance of counsel is guaranteed by the Sixth Amendment to the United States Constitution. "Assistance of counsel" guaranteed by the Sixth Amendment contemplates that such assistance be untrammeled and unimpaired by a court order requiring that one lawyer shall simultaneously represent conflicting interests.  If the right to the assistance of counsel means less than this, a valued constitutional safeguard is substantially impaired. Id.

Representation by a BAR licensed attorney requires the "fully informed consent" by both the client (the accused) and counsel, and creates a "specific performance contract" between the Attorney and the client. ABA RPC, Rule 1.8 (f); [ER-4] provides: "A lawyer shall not [mandatory] accept compensation for representing a client unless (1) the client consents after consultation; (2) There is no interference with the lawyer independence of professional judgment or with the client-lawyer relationship [mandatory].

[ER-4] Paragraph (f) requires disclosure of fact... lawyers...paid for by a third party. Such an arrangement must conform to...Rule 1.7 concerning conflict of interest [mandatory] [ER-3]. As a general proposition, loyalty to a client prohibits undertaking representation directly adverse... without that clients consent. A lawyer shall not represent a client "if" the representation will be directly adverse to another, unless each client consents after consultation.

7 C.J.S. Attorney-Client, page 707- first duty is to the court and not to the client. "Counsel must remember they, too, are officers of the courts, administrators of justice, oath-bound servants of society; that their first duty is not to their clients, as many suppose, but is to the administration of justice; that to this clients' success is wholly subordinate;  that their conduct ought to and must be scrupulously observant of law and ethics; and to the extent that they fail therein, they injure themselves, wrong their brothers at the bar, bring reproach upon an honorable profession, betray the courts and defeat justice. " In re Kelly, 243 F. 696, 705 (D. Mont. 1917). In cases of conflict between the attorneys' duty to the court must prevail.

## CONFLICT OF INTEREST INEFFECTIVE ASSISTANCE

1.  I asked Attorney Fasoldt to file a motion for speedy trial. I told him wanted and needed to invoke my sixth Amendment Right and it was not done. In fact my sixth Amendment right was involuntarily waived by Attorney Fasoldt against my knowledge and against my will. I made it clear that I was to be indicted in 30 days and I would like to have a speedy trial. I made it clear that I would like to object to any continuance. He never objected he waived my right to speedy trial involuntarily and agreed to several continuances and he agreed to excludable delays in which I told him and asked him to object to.

2.  I asked Attorney Fasoldt for my discovery and he sent me discs to Walpole and those discs didn't work he never sent me viewable discovery till this day and I have not seen all my discovery for over a year now and I have only been presented the criminal complaint and probable cause affidavits.

2

3. I asked Attorney Fasoldt to file a motion to reconsider in regards to my detention hearing and that was also never done.

4. I had several issues with the detention facilities I was housed in with law library and discovery I brought it to the attention of attorntey Fasoldt and he said he would not help me with any of these matters and that it was not his responsibilities that is why I wrote numerous letters to honorable judge Page Kelley.

5. I have asked for all of my discovery along with cellular phone warrant, and it has been a year and I still have not been provided these materials.

6. I have called attorney Fasoldt and he is always to busy and he has hung up the phone on me do to his anger towards me and he never has funds or fails to set up and account I use my money to contact him you can check this with securas and global tell link.

7. I asked him to get certain material to file motions and it has been a year and he still has failed to do so.

8. I have told attorney Fasoldt that I want and need to be present for all court dates and my appearance was waived at mostly all my court dates.

9. I have asked him to reach out to Uber and Shawn Crawford for over 9 months now and he still has failed to do so I did so on my own after several months of asking for this request.

10. I was relocated from Walpole to Wyatt and I asked attorney Fasoldt to reach out to Walpole staff or Douglas Demoura to have them forward any responding mail to the letters I wrote to Uber and Shawn Crawford and he never did so.

11. I asked attorney Fasoldt to provide me with my cell phone records, which he has not done so, and his reason as to why he did not do so was because of the first protective order. But in his letter (exhibit B) he clearly states that I am only prohibited from viewing several cell phone records. I only asked to view my cell phone records and he has failed to do so and he states it's because of the protective order but the letter states different.

12. I have asked him for over six months to retrieve AH (Amanda Harnois) criminal record and police reports he has failed to do so.

13. For the past 9 months attorney Fasoldt always mentions he has a murder trial coming up and uses it for an excuse as to why anything I ask him for is not completed.

14. Today October 14, 2021 we had a Zoom conference call with I, attorney Fasoldt, and his assistant Julia. He got angry frustrated and unprofessional. I asked him if we could go over the opposition to the 3 motions filed and if we could talk about a supplemental brief to the motions and his words verbatim was "no read them yourself" then closed the video call.
Attorney Fasoldt has shown me lack of interest and concern for my case and has done the exact opposite of what I have requested and asked him to do, as well as an irretrievable breakdown in our communication. He also involuntarily waived my speedy trial right and denied me my sixth amendment right. I asked him to file a motion for speedy trial several times and one time he hung up the phone on me I have also expressed in doing so in several letters. I also got these letters some copied some notarized and some both copied and notarized he also has all original letters.


Respectfully submitted,
By Damian Cortez (Pro'se)


Date: October 18, 2021


**CERTIFICATE OF SERVICE**

I, Damian Cortez hereby certify that the foregoing document is being served today by United States mail to The District Court of the United States.